# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | CIVIL NO. 1:19-CV-349 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **JUDGE ANGELA R. KROM, DISTRICT ATTORNEY LAURA KERNSTETTER, FRANKLIN COUNTY COURT OF COMMON PLEAS,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of April, 2019, upon consideration of plaintiff's complaint (Doc. 1) and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 13) is GRANTED for the sole purpose of the filing of this action.

2. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania