# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER PATRICK MCGOWAN,** | : | CIVIL NO. 1:19-CV-349 |
| | : | |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **JUDGE ANGELA R. KROM,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of April, 2019, upon consideration of plaintiff's motion (Doc. 17) for leave to amend his application to proceed *in forma pauperis*, and motion (Doc. 19) for leave to proceed *in forma pauperis*, and upon further consideration of the court's April 8, 2019 order (Doc. 16) granting plaintiff's previously filed application to proceed *in forma pauperis*, and dismissing this action for failure to state a claim, it is hereby ORDERED that the motions (Docs. 17, 19) are DISMISSED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania